# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Brian E. Hancock, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00593-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| J. D. Griffin | ) | |
| Monroe Police Department, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 9, 2016 Order.

December 9, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court